AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Greenaway, Joseph A. | U.S. Court of Appeals for the Third Circuit | 08/07/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Article III | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. P.O. & Federal Courthouse
Federal Square and Walnut St.
Newark, NJ 07101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member (emeritus) | Columbia College Black Alumni Council |
| 2. | Associate Editor | ABA Litigation Magazine |
| 3. | Board Member | Board of Visitors of Columbia College |
| 4. | Council Member | Newark Museum |
| 5. | Trustee | ▓▓▓▓▓▓▓▓▓▓▓▓ |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 94-96 | Johnson & Johnson Employee Savings Plan |
| 2. | 95-96 | Johnson & Johnson Pension Plan |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 08/07/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Columbia College - teaching | $13,500.00 |
| 2. | 2012 | _____ - teaching | $11,225.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | self-employed legal consultant |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | February 16-21, 2012 | Carlsbad, CA | Prof. assoc. meeting | transportation, lodging, meals |
| 2. | New York Intellectual Property Law Association | March 23-24, 2012 | New York, NY | Prof. assoc. meeting | lodging, meal |
| 3. | Columbia School of Law | March 26, 2012 | New York, NY | Judge moot court competition | transportation |
| 4. | American Bar Association | April 18-19, 2012 | Washington, DC | Prof assoc. meeting | transportation, lodging, meals |
| 5. | Just the Begining Foundation | September 21-23, 2012 | Chicago, IL | Prof. assoc. meeting | lodging, meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Greenaway, Joseph A. | 08/07/2013 |

| 6. | ▒▒▒▒ | October 11-13, 2012 | New York, NY | Attend Board of Trustees meeting | transportation, lodging, meals |
|---|---|---|---|---|---|
| 7. | ▒▒▒▒ | December 6-8, 2012 | New York, NY | Attend Board of Trustees meeting | transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 08/07/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Magyar Savings Bank | Line of Credit | L |
| 2. | American Express | Credit Card | K |
| 3. | Citibank Mastercard | Credit Card | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 08/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. American Express common stock | A | Dividend | J | T | | | | | |
| 2. Merck common stock | A | Dividend | J | T | | | | | |
| 3. Microsoft common stock | A | Dividend | K | T | | | | | |
| 4. McDonalds common stock | A | Dividend | J | T | | | | | |
| 5. Johnson & Johnson common stock | D | Dividend | N | T | | | | | |
| 6. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 7. Citibank (checking & savings) | A | Interest | J | T | | | | | |
| 8. Disney common stock | A | Dividend | J | T | | | | | |
| 9. Intel common stock | A | Dividend | J | T | | | | | |
| 10. Johnson & Johnson 401(k) | A | Interest | M | T | | | | | |
| 11. Nextel/Sprint common stock (Y) | | | | | | | | | |
| 12. AT&T common stock (Y) | | | | | | | | | |
| 13. U.S. Treasury Strips | A | Interest | J | T | | | | | |
| 14. GE common stock | A | Dividend | J | T | | | | | |
| 15. Pfizer common stock | A | Dividend | J | T | | | | | |
| 16. Comcast common stock | A | Dividend | J | T | | | | | |
| 17. Wachovia Securities IRA money market | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 08/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Northwestern Mutual Life Insurance | | None | M | W | | | | | |
| 19. Vanguard 401K Midcap Growth Fund | A | Dividend | K | T | | | | | |
| 20. Vanguard 401K Energy Fund | A | Dividend | K | T | | | | | |
| 21. Vanguard 401K Healthcare Fund | A | Dividend | L | T | | | | | |
| 22. Vanguard 401K Total Stock Market Index | A | Dividend | M | T | | | | | |
| 23. Vanguard 401K Growth Index | A | Dividend | K | T | | | | | |
| 24. Vanguard 401K Dividend Growth | A | Dividend | K | T | | | | | |
| 25. Vanguard 401K GNMA | A | Dividend | L | T | | | | | |
| 26. Vanguard 401K Total Bond Market Index | A | Dividend | K | T | | | | | |
| 27. Vanguard 401K High Yield Bond | A | Dividend | M | T | | | | | |
| 28. Google common stock | | None | J | T | | | | | |
| 29. Apple common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 08/07/2013 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Joseph A. Greenaway

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544